IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Kostusik, Grzegorz | Case Number:  08 B 05502 |
| Kostusik, Kazimiera | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  3/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  April 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Systems & Services Technologies | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Capital One | Unsecured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 8. | Capital One | Unsecured | 0.00 | 0.00 |
| 9. | Chase | Secured | | No Claim Filed |
| 10. | First Horizon Home Loans Corp | Secured | | No Claim Filed |
| 11. | First Horizon Home Loans Corp | Secured | | No Claim Filed |
| 12. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 13. | Charter One Bank | Unsecured | | No Claim Filed |
| 14. | American Express | Unsecured | | No Claim Filed |
| 15. | Chase | Unsecured | | No Claim Filed |
| 16. | GEMB | Unsecured | | No Claim Filed |
| 17. | Beneficial National Bank | Unsecured | | No Claim Filed |
| 18. | CB USA Sears | Unsecured | | No Claim Filed |
| 19. | Chase | Unsecured | | No Claim Filed |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | Chase | Unsecured | | No Claim Filed |
| 22. | Chase | Unsecured | | No Claim Filed |
| 23. | Citibank | Unsecured | | No Claim Filed |
| 24. | Citgo | Unsecured | | No Claim Filed |
| 25. | Chase | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kostusik, Grzegorz | Case Number: 08 B 05502 |
|---|---|---|
| | Kostusik, Kazimiera | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 3/7/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Chase | Unsecured | | No Claim Filed |
| 27. | Chase | Unsecured | | No Claim Filed |
| 28. | Citibank | Unsecured | | No Claim Filed |
| 29. | Citgo | Unsecured | | No Claim Filed |
| 30. | Citibank USA | Unsecured | | No Claim Filed |
| 31. | Sams Club | Unsecured | | No Claim Filed |
| 32. | GEMB | Unsecured | | No Claim Filed |
| 33. | FIA Csna | Unsecured | | No Claim Filed |
| 34. | First Premier | Unsecured | | No Claim Filed |
| 35. | Household Bank FSB | Unsecured | | No Claim Filed |
| 36. | Dick's Sporting Goods | Unsecured | | No Claim Filed |
| 37. | Wfnnb/Lerner | Unsecured | | No Claim Filed |
| 38. | WARDS | Unsecured | | No Claim Filed |
| 39. | SST | Unsecured | | No Claim Filed |
| 40. | HHLD Bank | Unsecured | | No Claim Filed |
| 41. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 42. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 43. | Target National Bank | Unsecured | | No Claim Filed |
| 44. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |

$ 0.00          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____